UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MICHELLE LADNER, | Case No. 2:15-cv-01074-RFB-PAL |
| Plaintiff, | ORDER |
| v. | |
| WAL-MART STORES, INC., | |
| Defendant. | |

Before the court is a letter (Dkt #6) filed June 25, 2015, in which Defendant advises that a settlement has been reached and the parties "anticipate filing closing documents shortly." A stipulation to dismiss has not yet been filed. Accordingly,

**IT IS ORDERED** that that parties shall have until **August 3, 2015,** to either file a stipulation to dismiss, or alternatively, a joint status report with the court advising when the stipulation will be filed.

DATED this 20th day of July, 2015.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1